Timothy P. Dillon, Esq. (SBN 190839)
Dillon & Gerardi, APC
4660 La Jolla Village Drive
Suite 775
San Diego, CA 92122
Tel: (858) 587-1800
Fax: (858) 587-2587

FILED
2009 DEC -4 PM 2: 34
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FEI HOLDINGS, INC., a Washington corporation,

   Plaintiff,

vs.

LACDCS PARTNERSHIP,

   Defendant.

Case No.:

CV09-8931 CBM (Ex)

CORPORATE DISCLOSURE STATEMENT

Plaintiff Fei Holdings, Inc. ("Fei") alleges the following:

Pursuant to Fed. R. Civ. P. 7.1(a), Fei Holdings, Inc. has no parent corporation, and no publicly traded company owns ten percent (10%) or more of its stock.

//
//
//
//
//

Corporate Disclosure Statement - 1

1

2   DATED this ___ day of December 2009.

3                                   Respectfully submitted,

4

5                                   *s/ Timothy P. Dillon*
                                    Timothy P. Dillon, Esq. (SBN 190839)
6                                   Dillon & Gerardi, APC
                                    4660 La Jolla Village Drive
7                                   Suite 775
8                                   San Diego, CA 92122
                                    Tel: (858) 587-1800
9                                   Fax: (858) 587-2587
10                                  Attorney of record for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Corporate Disclosure Statement - 2