1  Timothy P. Dillon, Esq. (SBN 190839)
2  Dillon & Gerardi, APC
3  4660 La Jolla Village Drive
   Suite 775
4  San Diego, CA 92122
   Tel: (858) 587-1800
5  Fax: (858) 587-2587
6
7
8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9
10
11 **FEI HOLDINGS, INC.**, a Washington          **Case No.:**
   corporation,
12                                               CV09-8931 CBM (Ex)
13            Plaintiff,                         **CERTIFICATION AND NOTICE**
       vs.                                       **OF INTERESTED PARTIES**
14
15 **LACDCS PARTNERSHIP,**
16    Defendant.
17
18
19      The undersigned, counsel of record for Plaintiff Fei Holdings, Inc., certifies

20 that the following listed of parties may have a pecuniary interest in the outcome of

21 this case. These representations are made to enable the Court to evaluate possible

22 disqualification or recusal.

23
24
25
26
27
28

| Party | Connection |
|-------|------------|
| James Albright | DCS Partner |
| Corey Aldridge | DCS Partner |
| Harry Almada | DCS Partner |
| Joe Almada | DCS Partner |
| Wayne Almquist | DCS Partner |
| Robert Altobello | DCS Partner |
| Greg Anderson | DCS Partner |
| John Anderson | DCS Partner |
| Paul Anderson | DCS Partner |
| Robert Antonacci | DCS Partner |
| Alberto Arguello | DCS Partner |
| Robert Arkow | DCS Partner |
| Walter Atkinson | DCS Partner |
| Raymond Avasian | DCS Partner |
| Craig Baker | DCS Partner |
| Donna Barnes-Roberts | DCS Partner |
| Philip Barnes-Roberts | DCS Partner |
| Nicholas Barran | DCS Partner |
| Jack Barringer | DCS Partner |
| Michael Barry | DCS Partner |
| Steven Barryte | DCS Partner |
| Thomas Bartlett | DCS Partner |
| Lynn Barton | DCS Partner |
| Robert Bartus | DCS Partner |

| | | |
|---|---|---|
| 1 | David Bassett | DCS Partner |
| 2 | Jason Bayless | DCS Partner |
| 3 | John Beckwith | DCS Partner |
| 4 | John Belding | DCS Partner |
| 5 | John S. Belding | DCS Partner |
| 6 | Mordy Benjamin | DCS Partner |
| 7 | Michael Benner | DCS Partner |
| 8 | Thomas Berne | DCS Partner |
| 9 | David Bernstein | DCS Partner |
| 10 | Shawn Bert | DCS Partner |
| 11 | Geoffrey Bertoldo | DCS Partner |
| 12 | Eugene H. Berwager | DCS Partner |
| 13 | John Besch | DCS Partner |
| 14 | Don Best | DCS Partner |
| 15 | Donald Best | DCS Partner |
| 16 | Richard Best | DCS Partner |
| 17 | David Bhuhler | DCS Partner |
| 18 | Pete Bickerdike | DCS Partner |
| 19 | Diana Bingham | DCS Partner |
| 20 | Lonnie Bingham | DCS Partner |
| 21 | Norman Blake | DCS Partner |
| 22 | Robert Blakely Jr. | DCS Partner |
| 23 | Lnnie Bland | DCS Partner |
| 24 | Richard Bleich | DCS Partner |
| 25 | Michael Boosalis | DCS Partner |
| 26 | Anthony Boosalis Jr. | DCS Partner |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Jimmie Bornstein | DCS Partner |
| R. Deane Bouvier | DCS Partner |
| Ronald D. Bouvier | DCS Partner |
| Brent Bowling | DCS Partner |
| Timothy W. Bowman | DCS Partner |
| Marvin Boyd | DCS Partner |
| Jim Brackett | DCS Partner |
| Lynn Brackett | DCS Partner |
| Randolph Branson | DCS Partner |
| James Breshears | DCS Partner |
| Michael Breton | DCS Partner |
| Robert Briggs | DCS Partner |
| Rob Brigham | DCS Partner |
| Burton Brink | DCS Partner |
| William Broomfield | DCS Partner |
| Orlo Brown | DCS Partner |
| Dennis Bruecker | DCS Partner |
| Harry Brumer | DCS Partner |
| Daniel Brumett | DCS Partner |
| Charles Larry Bryant | DCS Partner |
| Harold Bryant | DCS Partner |
| Richard Buhite | DCS Partner |
| Berkley Burrell II | DCS Partner |
| Henry Burwish | DCS Partner |
| Donald Byerly | DCS Partner |
| Donald G. Byerly | DCS Partner |

| | |
|---|---|
| Manny Caldera | DCS Partner |
| William Calderwood | DCS Partner |
| Ray Cannon | DCS Partner |
| John Cantroll | DCS Partner |
| Dale Carlson | DCS Partner |
| Kenneth Carlson | DCS Partner |
| Mary-Lane Carlson | DCS Partner |
| Thomas Carlson | DCS Partner |
| Donald Carlson Sr. | DCS Partner |
| Ken Carr II | DCS Partner |
| Donna Carroll | DCS Partner |
| George Carroll | DCS Partner |
| Moses Chang | DCS Partner |
| Phillip Charnell | DCS Partner |
| Don Chilson | DCS Partner |
| Teri Christopher | DCS Partner |
| David Cioni | DCS Partner |
| Michael Clairmont | DCS Partner |
| Georgia Clark | DCS Partner |
| Ginger Clark | DCS Partner |
| Roger Clark | DCS Partner |
| Dodie Clarkson | DCS Partner |
| Herbert Clarkson | DCS Partner |
| Cynthia Cleghorn | DCS Partner |
| Jack Coe | DCS Partner |
| Dean Cohen | DCS Partner |

| | | |
|---|---|---|
| 1 | Laurence Cohen | DCS Partner |
| 2 | Marc Cohen | DCS Partner |
| 3 | Alan Cole | DCS Partner |
| 4 | Cheryl Cook | DCS Partner |
| 5 | Michael Cook | DCS Partner |
| 6 | Barbara Cooke | DCS Partner |
| 7 | Courtney Cooke | DCS Partner |
| 8 | John F. Cooper | DCS Partner |
| 9 | Shirley Cooper | DCS Partner |
| 10 | John Cooper Jr. | DCS Partner |
| 11 | Jim Cornwell | DCS Partner |
| 12 | Louis Corosu | DCS Partner |
| 13 | Donald Corton | DCS Partner |
| 14 | Samuel Cramer | DCS Partner |
| 15 | Samuel Cramer | DCS Partner |
| 16 | Matthew Cruse | DCS Partner |
| 17 | Larry Cud? | DCS Partner |
| 18 | Roy Cummings | DCS Partner |
| 19 | Joan Curd | DCS Partner |
| 20 | John Curd | DCS Partner |
| 21 | Bud Curtis | DCS Partner |
| 22 | Michael J Cyran | DCS Partner |
| 23 | David Danner | DCS Partner |
| 24 | Linda Davis | DCS Partner |
| 25 | Ray Day | DCS Partner |
| 26 | Charles DeBerard | DCS Partner |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Carole Degenfelder | DCS Partner |
| 2 | Michael Denson | DCS Partner |
| 3 | Ronald G. Derderian | DCS Partner |
| 4 | Norman Dlugatch | DCS Partner |
| 5 | Lora Dodell | DCS Partner |
| 6 | Bill Douglas | DCS Partner |
| 7 | Michael Duffy | DCS Partner |
| 8 | Joe Dunn | DCS Partner |
| 9 | Leslie Dunn | DCS Partner |
| 10 | Denzel Dyer | DCS Partner |
| 11 | Rick Ebert | DCS Partner |
| 12 | Craig Elliot | DCS Partner |
| 13 | John Engelhardt | DCS Partner |
| 14 | Martin Eskijian | DCS Partner |
| 15 | Gail Farnsworth | DCS Partner |
| 16 | Michael Farrell | DCS Partner |
| 17 | Robert Farrow | DCS Partner |
| 18 | Ted Fay | DCS Partner |
| 19 | Diana Feinberg | DCS Partner |
| 20 | Hector Figueroa | DCS Partner |
| 21 | Robert Filter | DCS Partner |
| 22 | Diane Finn | DCS Partner |
| 23 | Tom Fischer | DCS Partner |
| 24 | Janet Fisher | DCS Partner |
| 25 | Terry Fisher | DCS Partner |
| 26 | Joseph Flaherty | DCS Partner |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Antonio Flores | DCS Partner |
| 2 | Harold Frank | DCS Partner |
| 3 | Jerry Frey | DCS Partner |
| 4 | George Fritzel | DCS Partner |
| 5 | Heidi Furer | DCS Partner |
| 6 | Gary Furukawa | DCS Partner |
| 7 | Widge Galloway | DCS Partner |
| 8 | Milton Garb | DCS Partner |
| 9 | Scott Garig | DCS Partner |
| 10 | Jesse Garza | DCS Partner |
| 11 | Nancy Geitgey | DCS Partner |
| 12 | Kenneth Getzin | DCS Partner |
| 13 | Maury Gimbel | DCS Partner |
| 14 | Manuel Gimenez | DCS Partner |
| 15 | James Glancy | DCS Partner |
| 16 | Phillip Glenn | DCS Partner |
| 17 | Howard Glober | DCS Partner |
| 18 | Roberta L. Gobert | DCS Partner |
| 19 | Steve Goldstein | DCS Partner |
| 20 | Francis Gonda | DCS Partner |
| 21 | Carl Goodart | DCS Partner |
| 22 | Francis Bob Gorman | DCS Partner |
| 23 | Stuart Gorsky | DCS Partner |
| 24 | Lou Greenbaum | DCS Partner |
| 25 | Carl Griffith | DCS Partner |
| 26 | Herb Griffith | DCS Partner |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Laura Grimm | DCS Partner |
| Brian Guerrero | DCS Partner |
| Larry Gump | DCS Partner |
| Jack Haas | DCS Partner |
| Geraldine Haines | DCS Partner |
| Clifford Halstead | DCS Partner |
| Michael Hamada | DCS Partner |
| Dale Hanks | DCS Partner |
| Thomas Hansen-O'Shaughnessy | DCS Partner |
| Bob Harris | DCS Partner |
| Kenneth Hartley | DCS Partner |
| Eric Hartman | DCS Partner |
| Virgil Haskell | DCS Partner |
| Jason Hayner | DCS Partner |
| Tom Heffron | DCS Partner |
| Bonnie Heinrich | DCS Partner |
| Kirk Heltsley | DCS Partner |
| Nick Herrera | DCS Partner |
| Jack Hershey | DCS Partner |
| Walter Heser | DCS Partner |
| Dennis Hicks | DCS Partner |
| Mary Hicks | DCS Partner |
| Ryan Higgins | DCS Partner |
| Wayne Hilton | DCS Partner |
| Edward Hinz III | DCS Partner |
| Todd Hitzeroth | DCS Partner |

| | | |
|---|---|---|
| 1 | John Hofer | DCS Partner |
| 2 | Leo Hopp Sr. | DCS Partner |
| 3 | Michael Hornock | DCS Partner |
| 4 | Robert Houghton | DCS Partner |
| 5 | Harriet Howard | DCS Partner |
| 6 | Leonard Howard | DCS Partner |
| 7 | Allen Hubbard | DCS Partner |
| 8 | Ronald Hughes | DCS Partner |
| 9 | James Hurzeler | DCS Partner |
| 10 | William Huston | DCS Partner |
| 11 | Dan Hyatt | DCS Partner |
| 12 | Armand Iliscupides | DCS Partner |
| 13 | Paul In | DCS Partner |
| 14 | Steven Ioerger | DCS Partner |
| 15 | Paul Y. Iseda | DCS Partner |
| 16 | Julie Ito | DCS Partner |
| 17 | Eugene Jacobs | DCS Partner |
| 18 | Gary Jaegers | DCS Partner |
| 19 | Mearl Jaegers | DCS Partner |
| 20 | Art James | DCS Partner |
| 21 | James Jaramillo | DCS Partner |
| 22 | Lory Jefferson | DCS Partner |
| 23 | David Jeheber | DCS Partner |
| 24 | Daymond Johnson | DCS Partner |
| 25 | William Brian Johnson | DCS Partner |
| 26 | John Jay Jones | DCS Partner |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Robert J. Keefer | DCS Partner |
| 2 | Robert Keefer | DCS Partner |
| 3 | James Hayes Keene | DCS Partner |
| 4 | Nigel B. Keep | DCS Partner |
| 5 | Hunter Kelley | DCS Partner |
| 6 | Lori Kendall | DCS Partner |
| 7 | David Kent | DCS Partner |
| 8 | Buck Kerns | DCS Partner |
| 9 | Harold Kerns | DCS Partner |
| 10 | David Kersting | DCS Partner |
| 11 | Murray Kesselman | DCS Partner |
| 12 | Tony Khalkhali | DCS Partner |
| 13 | Wendy Khoo | DCS Partner |
| 14 | Dale Kind | DCS Partner |
| 15 | Jack King | DCS Partner |
| 16 | Robert King | DCS Partner |
| 17 | Ronald Klein | DCS Partner |
| 18 | Leonard Klenk | DCS Partner |
| 19 | Susan Klose | DCS Partner |
| 20 | Jay Dee Kocsis | DCS Partner |
| 21 | Rafi Koshkerian | DCS Partner |
| 22 | Ara Kourchians | DCS Partner |
| 23 | John Kovac | DCS Partner |
| 24 | Jami Krauss | DCS Partner |
| 25 | Inge Kriegler-Ward | DCS Partner |
| 26 | Juanna Lamb | DCS Partner |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Charles Lambert | DCS Partner |
| Neil O. Larsen | DCS Partner |
| Tim Larson | DCS Partner |
| Moody Law | DCS Partner |
| Norma Law | DCS Partner |
| Eli Lazarov | DCS Partner |
| James Lee | DCS Partner |
| David Leeper | DCS Partner |
| Robert Lefton | DCS Partner |
| Steve Leichter | DCS Partner |
| William Leighton | DCS Partner |
| Charles Lobb | DCS Partner |
| Debra Lockett | DCS Partner |
| Michael Loiacono | DCS Partner |
| Samuel Lollar | DCS Partner |
| James Longobardo | DCS Partner |
| Phil Lopes | DCS Partner |
| Adriana Lopez | DCS Partner |
| Lola Lowe | DCS Partner |
| Catherine Loy | DCS Partner |
| Wallace Loy | DCS Partner |
| Donald Lust | DCS Partner |
| George Lyle | DCS Partner |
| Kirk MacIntosh | DCS Partner |
| Davis Malin | DCS Partner |
| Fran Mangels | DCS Partner |

| | |
|---|---|
| Gary Mangels | DCS Partner |
| Bruce Mangia | DCS Partner |
| Barbara Marckwardt | DCS Partner |
| Brad Marckwardt | DCS Partner |
| John Marsden | DCS Partner |
| Dean Martin | DCS Partner |
| Katherine Martin | DCS Partner |
| Will Martin | DCS Partner |
| Wilsey Martin | DCS Partner |
| Eugene Martin Jr. | DCS Partner |
| Anthony Martinez | DCS Partner |
| Mike Maslowski | DCS Partner |
| Lloyd Mathews | DCS Partner |
| Jacqueline Mathis | DCS Partner |
| Andrew Maynard | DCS Partner |
| Joseph Maynard | DCS Partner |
| Lauren Maynard | DCS Partner |
| Wayne Maynard | DCS Partner |
| Michael Mazzetti | DCS Partner |
| Charles McCants | DCS Partner |
| Michael McCarty | DCS Partner |
| Hubert McClain | DCS Partner |
| Charles Mcdonald | DCS Partner |
| Tom McDonough | DCS Partner |
| Anjanette McFarlin | DCS Partner |
| Robert McFarlin | DCS Partner |

| | | |
|---|---|---|
| 1 | Ann McGavin | DCS Partner |
| 2 | Alexander McGregor | DCS Partner |
| 3 | Carol Merrill | DCS Partner |
| 4 | Daniel Merrill | DCS Partner |
| 5 | Robert Metcalf | DCS Partner |
| 6 | Ivan Mikulich | DCS Partner |
| 7 | Deborah M. Miles | DCS Partner |
| 8 | Dwayne Miles | DCS Partner |
| 9 | Marjory Miles | DCS Partner |
| 10 | Susan Miles | DCS Partner |
| 11 | Devin Millington | DCS Partner |
| 12 | Richard Mills | DCS Partner |
| 13 | Git Mock | DCS Partner |
| 14 | John Moerch | DCS Partner |
| 15 | James Molenda | DCS Partner |
| 16 | Armando Montalvo | DCS Partner |
| 17 | Able Montez | DCS Partner |
| 18 | Maria Montez | DCS Partner |
| 19 | Robert R. Moore | DCS Partner |
| 20 | Thomas Morgan | DCS Partner |
| 21 | Mike Morris | DCS Partner |
| 22 | Jerome Mundy | DCS Partner |
| 23 | Knut Myhre | DCS Partner |
| 24 | Frank Myllo III | DCS Partner |
| 25 | Steve Nash | DCS Partner |
| 26 | Mike Newfield | DCS Partner |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Steven Ng | DCS Partner |
| 2 | Robert N. Nicholson | DCS Partner |
| 3 | John Norris | DCS Partner |
| 4 | Richard Norton Jr. | DCS Partner |
| 5 | Richard Norwood | DCS Partner |
| 6 | Richard T. Norwood | DCS Partner |
| 7 | Jon Olesen | DCS Partner |
| 8 | Ray Olesen | DCS Partner |
| 9 | Dennis Oliver | DCS Partner |
| 10 | James Olliff | DCS Partner |
| 11 | David Olney | DCS Partner |
| 12 | Walter Ordway | DCS Partner |
| 13 | George Ortega | DCS Partner |
| 14 | James Osment Jr. | DCS Partner |
| 15 | Sally O'Sullivan | DCS Partner |
| 16 | Ray Overman Jr. | DCS Partner |
| 17 | Claude Overstreet | DCS Partner |
| 18 | Trent Palmer | DCS Partner |
| 19 | Robert Panfil | DCS Partner |
| 20 | Joseph L. Pardo | DCS Partner |
| 21 | Jim Park | DCS Partner |
| 22 | Paul Passmore III | DCS Partner |
| 23 | Judy Paz | DCS Partner |
| 24 | Troy Peace | DCS Partner |
| 25 | Debbie Pedrazzori | DCS Partner |
| 26 | Paolo Pedrazzori | DCS Partner |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Richard Penner | DCS Partner |
| Wanda Penner | DCS Partner |
| Carlos A. Perez | DCS Partner |
| Don Perez | DCS Partner |
| Alonso Perezmartinez | DCS Partner |
| Joseph Pham | DCS Partner |
| Earl Pitman | DCS Partner |
| Gary Plummer | DCS Partner |
| John J. Poat | DCS Partner |
| John Poat | DCS Partner |
| John Poptelecan | DCS Partner |
| Ronald Powell | DCS Partner |
| Keith Prebble | DCS Partner |
| Terry Priesont | DCS Partner |
| James Priest | DCS Partner |
| Wayne Pritzlaff | DCS Partner |
| JJ Quinn | DCS Partner |
| Leroy Radcliffe | DCS Partner |
| Jim Rafferty | DCS Partner |
| Holly Rake | DCS Partner |
| Daniel Ramirez | DCS Partner |
| Ismael Ramos | DCS Partner |
| Charles Righter | DCS Partner |
| George Rivera | DCS Partner |
| Kris Roberts | DCS Partner |
| Robert Rodriguez | DCS Partner |

| | | |
|---|---|---|
| 1 | Howard Rogers | DCS Partner |
| 2 | Patricia Rollins | DCS Partner |
| 3 | Ron Rollins | DCS Partner |
| 4 | Ed Roos | DCS Partner |
| 5 | Charlene Roske | DCS Partner |
| 6 | Pamela Royce | DCS Partner |
| 7 | Montgomery Ruth | DCS Partner |
| 8 | Stuart Salot | DCS Partner |
| 9 | Jorge Sanguinetti | DCS Partner |
| 10 | Milo Sather | DCS Partner |
| 11 | Heidi Sato | DCS Partner |
| 12 | Koichi Sayano | DCS Partner |
| 13 | Fred Schell | DCS Partner |
| 14 | Kenneth Schmader | DCS Partner |
| 15 | David Schoch | DCS Partner |
| 16 | Ralph Schorbach | DCS Partner |
| 17 | Roxanne Schorbach | DCS Partner |
| 18 | John Schroeder | DCS Partner |
| 19 | Kenneth Schultz | DCS Partner |
| 20 | Cordelia Dee Schuyler | DCS Partner |
| 21 | Ken Schwartz | DCS Partner |
| 22 | Gary Scott | DCS Partner |
| 23 | James Scrimger | DCS Partner |
| 24 | Tony Secilia | DCS Partner |
| 25 | Mark Seigel | DCS Partner |
| 26 | Troy Sella | DCS Partner |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | Paul Seltzer | DCS Partner |
| 2 | Michael Semos | DCS Partner |
| 3 | F. Kurt Shafer | DCS Partner |
| 4 | Deborah Shane | DCS Partner |
| 5 | Robert Shannon | DCS Partner |
| 6 | John Sholler | DCS Partner |
| 7 | Vicki Silvas | DCS Partner |
| 8 | Beatrice Simpson | DCS Partner |
| 9 | Scott Simpson | DCS Partner |
| 10 | William Simpson | DCS Partner |
| 11 | Michael Siwula | DCS Partner |
| 12 | Greg Smith | DCS Partner |
| 13 | JaMi Smith | DCS Partner |
| 14 | Richard Smith | DCS Partner |
| 15 | Mina Spencer | DCS Partner |
| 16 | Helmut Spinnler | DCS Partner |
| 17 | Sharon Spinnler | DCS Partner |
| 18 | Harvey Sprigg | DCS Partner |
| 19 | Bob Stanek | DCS Partner |
| 20 | Gene Stanton | DCS Partner |
| 21 | Dennis Starbird | DCS Partner |
| 22 | Dennis Steinert | DCS Partner |
| 23 | Vahagn Stephen | DCS Partner |
| 24 | Jeffrey Stieglitz | DCS Partner |
| 25 | Gerald Stimmell | DCS Partner |
| 26 | James Stoker | DCS Partner |

| | | |
|---|---|---|
| 1 | Christopher Storey | DCS Partner |
| 2 | Neil Strauss | DCS Partner |
| 3 | Bruce A. Strelow | DCS Partner |
| 4 | Ronald Stuart | DCS Partner |
| 5 | Mike Suchar | DCS Partner |
| 6 | Gregory Sue | DCS Partner |
| 7 | Chris Sundlee | DCS Partner |
| 8 | Robert Sussin | DCS Partner |
| 9 | Merrie Suydam | DCS Partner |
| 10 | Jacquelene Terrell | DCS Partner |
| 11 | Tracie Terrell | DCS Partner |
| 12 | Eugene A. Thielman | DCS Partner |
| 13 | Gene Thielman | DCS Partner |
| 14 | Paul Thompson | DCS Partner |
| 15 | Richard Thompson | DCS Partner |
| 16 | Terry Tobin | DCS Partner |
| 17 | NORM TOR | DCS Partner |
| 18 | William Torres | DCS Partner |
| 19 | William Tracy | DCS Partner |
| 20 | Bill Trunnel | DCS Partner |
| 21 | Bob Turner | DCS Partner |
| 22 | Robert T. Turner | DCS Partner |
| 23 | Wyatt W. Underwood | DCS Partner |
| 24 | Thomas Van Buskirk | DCS Partner |
| 25 | Roger Vargo | DCS Partner |
| 26 | Andrew Veek | DCS Partner |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Margaret Veek | DCS Partner |
| 2 | Frank Wada | DCS Partner |
| 3 | Ben A. Wadsworth Jr. | DCS Partner |
| 4 | Dane Walker | DCS Partner |
| 5 | Michael Ward | DCS Partner |
| 6 | Curtis Watanabie | DCS Partner |
| 7 | Timothy Weiner | DCS Partner |
| 8 | Richard Wells | DCS Partner |
| 9 | James West | DCS Partner |
| 10 | William Westphal | DCS Partner |
| 11 | Gene Wheeler | DCS Partner |
| 12 | David D. White | DCS Partner |
| 13 | Phil Whitesmith | DCS Partner |
| 14 | Francis Wielin | DCS Partner |
| 15 | Sid Wielin | DCS Partner |
| 16 | Kellie Wilcox | DCS Partner |
| 17 | Michael R. Wilkinson | DCS Partner |
| 18 | Michael Wilkinson | DCS Partner |
| 19 | Austin Williams | DCS Partner |
| 20 | Michael O. Williams | DCS Partner |
| 21 | Ralph Williams | DCS Partner |
| 22 | Renauld Williams | DCS Partner |
| 23 | Howard Wilner | DCS Partner |
| 24 | Bradley Wilson | DCS Partner |
| 25 | John Wilson | DCS Partner |
| 26 | Lindwina Win | DCS Partner |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Bryant Winchell | DCS Partner |
| 2 | James Winkelpleck | DCS Partner |
| 3 | Doug Witt | DCS Partner |
| 4 | Vince Wohler | DCS Partner |
| 5 | Jeffrey Wolf | DCS Partner |
| 6 | Charles Wolfart | DCS Partner |
| 7 | Paul Wolford | DCS Partner |
| 8 | Theodore W. Wong | DCS Partner |
| 9 | Len Wosnicki | DCS Partner |
| 10 | Robert Wren | DCS Partner |
| 11 | Ann Wright | DCS Partner |
| 12 | Ronald Wynner | DCS Partner |
| 13 | Hovannes Yeressian | DCS Partner |
| 14 | Khatchik Yeressian | DCS Partner |
| 15 | Vartan Yeressian | DCS Partner |
| 16 | Joseph Young | DCS Partner |
| 17 | Aldo Zanier | DCS Partner |
| 18 | Leland Zanteson | DCS Partner |
| 19 | Joseph Zboril | DCS Partner |
| 20 | Lauren A. Zboril | DCS Partner |
| 21 | James Zehr | DCS Partner |
| 22 | Norm Zezula | DCS Partner |
| 23 | George Ziegler | DCS Partner |

24

25

26   //

27   //

28

DATED this 4ᵗʰ day of December 2009.

     Respectfully submitted,

     *s/ Timothy P. Dillon*
     Timothy P. Dillon, Esq. (SBN 190839)
     Dillon & Gerardi, APC
     4660 La Jolla Village Drive
     Suite 775
     San Diego, CA 92122
     Tel: (858) 587-1800
     Fax: (858) 587-2587
     Attorney of record for Plaintiff