Dennis G. Martin, SBN# 54060
Willmore F. Holbrow, III, SBN #169688
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP
12400 Wilshire Boulevard, Seventh Floor
Los Angeles, CA 90025
Tel: (310) 207-3800
Fax: (310) 820-5988
Attorneys for Defendant
LACDCS PARTNERSHIP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEI HOLDINGS, INC., a Washington corporation<br><br>Plaintiff,<br><br>vs.<br><br>LACDCS PARTNERSHIP, a California General Partnership,<br><br>Defendants. | CASE NO. CV09-8931 CBM (Ex)<br><br>Assigned to: Hon. Consuelo B. Marshall<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)**<br><br>Hearing Date: March 1, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom of the Honorable Consuelo B. Marshall |

PLEASE TAKE NOTICE THAT on March 1, 2010 at 10:00 a.m. in Courtroom 2 of the above-entitled Court, before the Honorable Consuelo B. Marshall, located at 312 North Spring Street, Los Angeles, California 90012, Defendant LACDCS PARTNERSHIP will and hereby does move for a motion to dismiss Plaintiff's Complaint in the above-captioned matter.

This motion is supported by Defendant's Brief in Support of Its Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6); the Declarations of Deborah Miles and

Kathryn Bassett, exhibits and possibly documents submitted in reply to any opposition and statements and documents provided at the hearing.

Dated: January 27, 2010

                        Respectfully submitted,

                        BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP

                        _____
                        Dennis G. Martin
                        Willmore F. Holbrow
                        Blakely Sokoloff Taylor & Zafman, LLP
                        Attorneys for Defendant LACDCS

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, by Blakely, Sokoloff, Taylor & Zafman LLP. My business address is 12400 Wilshire Boulevard, Suite 700, Los Angeles, California 90025. I am over the age of 18 and not a party to the within action.

On January 27, 2010 I served a true and correct copy of the foregoing document described **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)**

| Timothy P. Dillon, Esq. SB#190839<br>DILLON & GERARDI, APC<br>4660 La Jolla Village, Suite 775<br>San Diego, California  90212<br>Tel: 858-587-1800<br>Fax: (858) 587-2587<br>Attorneys for Plaintiff<br>FEI HOLDINGS, INC | Robert S. Apgood, Esq.<br>CARPELAW PLCC<br>2500 N. W. 80th Street<br>Seattle, WA 98117 |
|---|---|

**METHOD OF SERVICE**

____X____(BY MAIL) I caused such envelope(s) with sufficient postage thereon fully prepaid to be placed in the United States Mail at Los Angeles, California.

____X____(BY ELECTRONIC MAIL)  I caused a true and correct copy of the attached document to be sent via e-mail to the email address listed above)

_____(BY FACSIMILE) I caused such document to be transmitted by facsimile to the address listed above.

_____(BY PERSONAL SERVICE) I caused such documents to be delivered by hand to the person(s) listed above.

**JURISDICTION**

____X____(FEDERAL) I declare that this document was delivered at the request of a member of the bar of this court, at whose direction the service was made.

Executed on January 27, 2010 at Los Angeles, California.

_____
Maria Papi

- 3 -