# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| Plaintiff(s) | |
| v. | |
| Defendant(s). | ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of _____,

                                                     *Applicant's Name*

of _____ for permission to appear and participate in the above-entitled

               *Firm Name*

action on behalf of ☐ Plaintiff    ☐ Defendant _____

and the designation of _____ of _____

                    *Local Counsel Designee*                                *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED

    ☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated _____          _____

                                        U. S. District Judge/U.S. Magistrate Judge