# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fei Holdings, Inc., a Washington corporation,<br><br>Plaintiff(s)<br>v.<br><br>LACDCS Partnership, a California general partnership,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 09-8931 CBM (Ex)<br><br>**ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE** |

The Court, having reviewed the accompanying Application of __Robert S. Apgood__,
*Applicant's Name*

of __CarpeLaw PLLC, 2400 NW 80th Street #130, Seattle, WA 98117-4449__
*Firm Name / Address*

__206-624-2379__                                   __rob@carpelaw.com__
*Telephone Number*                                 *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant

__Fei Holdings, Inc.__

and the designation of __Timothy P. Dillon (SB # 190839)__
*Local Counsel Designee / State Bar Number*

of __Dillon & Gerardi, APC, 4660 La Jolla Village Drive, Ste. 775, San Diego, CA 92122__
*Local Counsel Firm / Address*

__858-587-1800__                                   __tdillon@dillongerardi.com__
*Telephone Number*                                 *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __1/28/10__                             _____[signature]_____
U. S. District Judge/~~U.S. Magistrate Judge~~