UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-8931 CBM(Ex) | Date | Mar. 15, 2010 |
|---|---|---|---|
| Title | Fei Holdings, Inc. vs LACDCS Partnership | | |

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|

| Joseph M. Levario | Karen Kay |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
| Robert S. Apgood (via tele.conf) | Willmore E. Holbrow, III |

**Proceedings:**   Defendant's Motion to Dismiss Complaint (#10)

Arguments held. Defendant's Motion to Dismiss Complaint is submitted without further oral arguments.

.

|  | 00 : 15 |
|---|---|
|  | Initials of Preparer   JL |